## 27567.  ROSSON *v.* BITUMINOUS CASUALTY COMPANY *et al.*

DECIDED SEPTEMBER 26, 1939.  REHEARING DENIED DECEMBER 13, 1939.

*Ben H. Berry,* for plaintiff.

*Elton Drake, Edward Lovell,* for defendants.

GUERRY, J.  1.  Mrs. R. R. Rosson filed her claim with the Department of Industrial Relations against George Rosson, doing business as the Rosson Welding Company, because of the death of her husband.  The Bituminous Casualty Company was also made a party as an alleged insurer.  The insurer denied liability on the ground that there was no policy of insurance in force at the time of the injury.  An award was made giving compensation to the claimant against the employer and finding that there was no liability against the alleged insurer.  The claimant excepted to the order of the superior court affirming this award.  A careful reading of the record convinces us that the award made by the Department of Industrial Relations was supported by evidence and the court did not err in affirming the same.

2.  The motion to dismiss the writ of error is denied.  The fact that an award is made against an employer, but in favor of the alleged insurer on the ground that there was no valid contract of insurance between employer and insurance company at the time of the injury, will not prevent such claimant from bringing the case to this court to test the correctness of the rulings of the Department of Industrial Relations and the superior court.  *Atlanta Home Builders Co.* v. *Metropolitan Casualty Ins. Co.,* 49 *Ga. App.* 241 (2) (175 S. E. 22).

*Judgment affirmed.  Broyles, C. J., and MacIntyre, J., concur.*

## 27566.  ROSSON *v.* BITUMINOUS CASUALTY COMPANY.

GUERRY, J.  This case is controlled by the decision in *Rosson* v. *Bituminous Casualty Company, ante.*

*Judgment affirmed.  Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 26, 1939.

*H. A. Allen, C. McNeill Leach,* for plaintiff.
*Elton Drake, Edward Lovell,* for defendant.

27659. SOUTHERN RAILWAY COMPANY *v.* HICKS.

DECIDED SEPTEMBER 26, 1939.  REHEARING DENIED DECEMBER 13, 1939.

*R. Carter Pittman, Erwin & Allen, Matthews, Owens & Maddox,* for plaintiff in error.

*J. H. Paschall, Y. A. Henderson, R. F. Chance,* contra.

GUERRY, J.  This case is before the court on exceptions to the overruling of a general demurrer.  The petition contained the following allegations:  The plaintiff was injured by the running of the defendant's cars.  Plaintiff approached said railroad along a path leading to the tracks, and at the point where he was struck and all along either side of said tracks there were distinct and well-beaten pathways which had been in constant use by the general public for twenty-five years, which was a fact well known to the defendant, its agents and employees.  Before going on the right of way along said trail plaintiff stopped and listened for a train, and hearing none he ran up said embankment to the pathway along the western side of the tracks.  From that point he could see 900 feet either way along said tracks, and he looked and saw no train.  Seeing and hearing no train, he started crossing said tracks in a northeasterly direction.  His attention was directed northward to see any train which might be approaching in that direction, and northeastward in trying to discover a continuation of the pathway or trail leading eastward, and thus while his mind was so engrossed he was totally unaware of the train approaching from the south, which was making no noise and running at a rate of sixty miles per hour, until said train was within approximately 500 feet of him, at which time he felt the trembling sensation under his feet and glanced to the right and saw the approaching train about 500 feet away.  Before that time plaintiff had had no reason